FILED
2007 MAY 17 AM 11: 37

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S) v. **MICHELLE ROMAN** DEFENDANT(S) | CASE NUMBER **05CR 402 WQH** **07-0750M** AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **PROBATION VIOLATION**
in the **SOUTHERN** District of **CALIF.** on **12/5/06**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **6/18/06**
in violation of Title **18** U.S.C., Section(s) **3606**
to wit: **PROBATION VIOL**

A warrant for defendant's arrest was issued by: **JUDGE HAYES**

Bond of $ **NO BAIL** was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **5-17-07**, by
_____, Deputy Clerk.

_____        **I. NAVARRO**
Signature of Agent                 Print Name of Agent

**USMS**                           **USMS**
Agency                             Title

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT